Decided October 3, 2008

## STATE OF CONNECTICUT *v.* YOMAR FANA

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 797 (AC 27642), is denied.

*Charles F. Willson,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided October 3, 2008

## TYLER E. LYMAN, INC. *v.* 19 THAMES STREET PARTNERSHIP ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 670 (AC 28194), is denied.

*Jeffrey C. Ankrom,* in support of the petition.

*Michael S. Bonnano,* in opposition.